**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EMMA LE BOW,

      Plaintiff,

v.                                         No. CV 19-758 MV/CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

**ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      **THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD") (Doc. 29), filed June 10, 2020. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Motion to Reverse and Remand Administrative Agency Decision and Memorandum in Support* (Doc. 15) be granted. (Doc. 29 at 2). The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. at 11. No objections have been filed and the deadline of June 24, 2020 has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

      **IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse and Remand Administrative Agency Decision and Memorandum in Support*, (Doc. 15), is **GRANTED** and this case is **REMANDED** to the Commissioner for further proceedings.

_____
THE HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE